# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **MILTON EUDIDES SEGURA APUNTE,** | § § § | |
| *Petitioner*, | § § | |
| **v.** | § § § | **No.  3:26-CV-00656-LS** |
| **MARY DE ANDA-YBARRA, REGIONAL DIRECTOR OF ICE; PAMELA BONDI, U.S. ATTORNEY GENERAL; TODD M. LYONS, INTERIM DIRECTOR OF ICE; MICHAEL WATKINS, WARDEN; AND KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY,** | § § § § § § § § § | |
| *Respondents*. | § | |

## FINAL JUDGMENT

Before this Court is the above styled and numbered cause. On this date, the Court dismissed Petitioner's application for habeas corpus relief pursuant to 28 U.S.C. § 2241. Accordingly, as all issues in the cause have been resolved, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Petitioner's application for habeas corpus relief pursuant to 28 U.S.C. § 2241 is hereby **DISMISSED**. Any and all pending motions are **DENIED AS MOOT**.

It is finally **ORDERED** that the above styled and numbered cause is hereby **CLOSED**.

**SO ORDERED**.

**SIGNED** and **ENTERED** on April 1, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**